# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SID NAIMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELMASTERS, INC., d/b/a GOLDRUSH GATEWAY, and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No. 2:20-cv-00907<br><br>**ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the named Plaintiff, and without prejudice as to the putative class. Each party shall bear its own costs and expenses.

Dated this 6th day of April, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE